# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

## NATHAN A. MURNANE

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj380/MD

**Randall Lockhart, AFPD**
Defendant's Attorney

□ **THE DEFENDANT** pled guilty to count(s) Two and Three of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| F.S.S. §316.192 and 18 U.S.C. §§ 7 & 13 | Reckless Driving With Disregard for the Safety of Persons or Property | 10/11/08 | Two |
| 18 U.S.C. § 1382 | Trespass Without a Permit | 10/11/08 | Three |

Count(s).One___ is dismissed on the motion of the United States.

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fines/SMA's have been paid.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 35.00 | $ 150.00 | $ 0.00 |

Date of Imposition of Sentence - 2/27/09

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 3-2-2009